Mark F. Anderson (SBN 44787)
mark@aoblawyers.com
ANDERSON, OGILVIE & BREWER LLP
235 Montgomery Street, Suite 914
San Francisco, California 94104
Telephone: (415) 651-1951
Fax: (415) 500-8300
Email: mark@aoblawyers.com

Attorney for Plaintiff Sierra Ray

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA RAY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br><br>　　　　Defendant. | Case No. 2:13-CV-02253 JAM-AC<br><br>MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF<br><br>Date: April 23, 2014<br>Time: 9:30 A.M.<br>Courtroom: 6<br>Judge: Hon. John A. Mendez |

　　　　The complaint alleges that plaintiff Sierrra Ray was unable to secure student loans because defendant Equifax Information Services, LLC responded to creditors checking her credit status that it had no file on her. The complaint also alleges that Equifax was negligent in failing to prepare a credit report.

　　　　After an investigation, plaintiff's counsel Mark F Anderson has concluded that continuing this litigation would be a case of litigating a claim without probable cause, a potential violation of California Rule of Professional Responsibility 3-700 (C) (1) (Declaration of Mark F Anderson). His conclusion is based on discussions with Equifax's attorney and his own legal research and experience in this area of the law. (*Id*.).

　　　　Equifax has represented that it checked its files in various ways and it has no credit files

**MOTION & NOTICE OF MOTION TO WITHDRAW, RAY V EQUIFAX, NO. 2:13-CV-02253 JAM-AC**

or files of any nature on plaintiff Sierra Ray (*Id.*).

Equifax has said it would pay no more than $500 to settle this case (*Id.*). Ms Ray is of the view she is owed substantial damages (*Id.*).

Plaintiff's counsel has a great deal of experience in this area of the law. In the past three years he has filed and resolved about 50 FCRA cases on behalf of consumers (*Id.*).

At plaintiff's counsel's request, Equifax created a bare-bones credit file for Ms Ray. It does not list any credit accounts, but fact that Equifax has such a file available for creditors to access should assist Ms Ray in obtaining credit (*Id.*).

Ms Ray has refused to authorize a dismissal of this action or to employ a substitute attorney.

Ms Ray has not paid any attorney's fees or costs (*Id.*).

Trial is not set until December 8, 2014. The next event on the schedule is not until May 16, 2014, the date for disclosure of experts.

Counsel sent Ms Ray and her Ms Malea Glover, her mother who has been monitoring this action, notice of this motion by email on February 27, 2014. On February 28, 2014, I received an email from Ms Glover that acknowledges receipt of my email (Declaration of Mark F. Anderson).

There is ample time for Ms Ray to hire a substitute attorney if she wishes to go forward with the action. The next scheduled event is disclosure of experts on May 16, 2014.

Withdrawal is proper when the client's interest will not be unduly prejudiced or delayed. Rule 3-700(A)(2). The decision to grant or deny an attorney's motion to withdraw as counsel is committed to the sound discretion of the court. *LaGrand v Stewart*, 133 F.3d 1253, 1269 (9th Cir. 1998). For these reasons, plaintiff's counsel is seeking leave to withdraw as Ms Ray's attorney.

Dated: March 3, 2014

/s/ *Mark F. Anderson*
mark@aoblawyers.com
Mark F. Anderson, SBN 44787
Anderson, Ogilvie & Brewer LLP
235 Montgomery Street, Suite 914
San Francisco, CA 94104
Phone: 415.651.1951; Fax 415.500.8300