Mark F. Anderson (SBN 44787)
Andrew J. Ogilvie (SBN 57932)
ANDERSON, OGILVIE & BREWER LLP
235 Montgomery Street, Suite 914
San Francisco, California 94104
Telephone: (415) 651-1951
Fax: (415) 500-8300
Email: mark@aoblawyers.com

Attorneys for Plaintiff Sierra Ray

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA RAY,<br><br>            Plaintiff,<br><br>      v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>            Defendant. | Case No. 2:13-cv-02253 JAM-AC<br><br>STIPULATION FOR DISMISSAL |

Plaintiff Sierra Ray and the defendant Equifax Information Services, LLC, by and through counsel, hereby stipulated that plaintiff Sierra Ray's claims against defendant Equifax Information Services, LLC are hereby dismissed with prejudice with each party to bear their own costs and fees pursuant to Fed. Rule of Civ. Proc. 41(a)(1)(A)(ii).

Date: April 25, 2014                          /s/ *Mark F. Anderson*
                                              Mark F. Anderson (SBN 44787)
                                              Anderson, Ogilvie & Brewer LLP
                                              235 Montgomery Street
                                              San Francisco, CA 94104
                                              Suite 914
                                              Phone: 415.651.1951
                                              Fax: 415.500.8300
                                              mark@aoblawyers.com

                                              Counsel for Plaintiffs

**STIPULATION FOR DISMISSAL – SIERRA RAY V EQUIFAX INFO SERVICES LLC, NO. 13-002253 JAM-AC**

| | | |
|---|---|---|
| 1 | Date: April 25, 2014 | */s/ Thomas P. Quinn* |
| 2 | | Thomas P. Quinn, SBN 132268 |
| | | NOKES & QUINN |
| 3 | | 410 Broadway, Suite 210 |
| | | Laguna Beach, CA 92651 |
| 4 | | Phone: 949.376.3500 |
| 5 | | Fax: 949.376.3070 |
| | | Email: tquinn@nokesquinn.com |
| 6 | | |
| 7 | | Attorneys for Equifax Information Services LLC |

**STIPULATION FOR DISMISSAL – SIERRA RAY V EQUIFAX INFO SERVICES LLC, NO. 13-002253 JAM-AC**

Page 2 of 2